### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                 Civil Action No. 2:14-cv-03859-WJM-MF

JOHN DOE, subscriber assigned IP address
173.61.73.67,

       Defendant.

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 173.61.73.67. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 14, 2014

                                 Respectfully submitted,

                                 By:    /s/ *Patrick J. Cerillo*        
                                 Patrick J. Cerillo
                                 pjcerillolaw@comcast.net
                                 4 Walter Foran Blvd.
                                 Suite 402
                                 Flemington, NJ 08822
                                 Telephone:  (908) 284-0997
                                 Facsimile:  (908) 284-0915
                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Patrick J. Cerillo*_____
Patrick J. Cerillo